PROB 34 (1/92)

ORIGINAL

Report and Order Terminating Probation/Supervised Release

# United States District Court
## FOR THE
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 30 2007
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. CR 00-00218SOM-03

WALTER SALAS

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on 11/30/2007, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 1st day of December, 2007.

SUSAN OKI MOLLWAY
U.S. District Judge